**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

Marlon Uriel Orrego Bedoya
    **Petitioner**


    **v.**

                               **Civil Action No.1:26-cv-12765-FDS**


Antone Monizet al
    **Defendant**

_____


**ORDER OF DISMISSAL**


**Saylor, D.J.**


In accordance with the Court's ORDER dated June 26, 2026  (Dkt. No. 7), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                  By the Court,


6/26/2026                       /s/ Melonie Cooke
Date                            Deputy Clerk